UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT COOK and LISA COOK,　　　　　)
　　　　　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　　　　)　　No. 1:23-cv-567
-v-　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　Honorable Paul L. Maloney
KELLOGG COMMUNITY CREDIT UNION, *et al.,*　)
　　　　　　　　　　Defendants.　　　　)
_____)

## JUDGMENT

The Court has dismissed this lawsuit for lack of subject-matter jurisdiction.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:　　July 6, 2023　　　　　　　　　　　/s/  Paul L. Maloney　　　
　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　United States District Judge